PURRINGTON & McCONNELL
John H. McConnell (JM-6374)
82 Wall Street – Suite 1110
New York, New York  10005
(212) 943-5757

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

**08 CV 3915 (RWS)**

RIMAC INTERNACIONAL CIA. DE SEGUROS Y
REASEGUROS, S.A.
a/s/o Telefonica Moviles S.A.,

                Plaintiff,

  -against-

EXEL GLOBAL LOGISTICS, INC., CIELOS DEL
PERU S.A., GALAXY AVIATION CARGO INC.,
CHECKMATE PRIORITY EXPRESS, INC., and
CONTINENTAL FREIGHTWAYS, INC. d/b/a
Fineline Trucking,

                Defendants.
----------------------------------------x

      PURSUANT to Fed.R.Civ.P. 7.1 (formerly Local General Rule 1.9 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the plaintiff (a foreign private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:  None known.

Dated:   New York, New York     PURRINGTON & McCONNELL
          April 25, 2008          Attorneys for Plaintiff

                                        *John H. McConnell*
                             By: _____
                                John H. McConnell (JM-6374)

                             82 Wall Street
                             New York, New York 10005
                             (212) 943-5757