UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
RIMAC INTERNACIONAL CIA. DE SEGUROS Y
REASEGUROS, S.A.,                                        Docket No.: 08 CV 3915 (RWS)
a/s/o Telefonica Moviles S.A.,

        Plaintiff,

 -against-                                            **DEFENDANT CIELOS DEL
                                                            PERU S.A.'S CORPORATE
EXEL GLOBAL LOGISTICS, INC., CIELOS DEL      DISCLOSURE PURSUANT
PERU S.A., GALAXY AVIATION CARGO INC.,       TO RULE 7.1 OF FEDERAL
CHECKMATE PRIORITY EXPRESS, INC., and        RULES OF CIVIL
CONTINENTAL FREIGHTWAYS, INC. d/b/a          PROCEDURE**
Fineline Trucking,

        Defendants.
----------------------------------------------------------------------X

      Defendant **CIELOS DEL PERU S.A.** (hereinafter, "Cielos"), by and through its undersigned attorneys, states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that: Cielos is a nongovernmental corporate party; there is no parent corporation of Cielos; and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       June 30, 2008

                                      KAPLAN, von OHLEN & MASSAMILLO, LLC

                                      By:              /S/
                                            Nicholas E. Pantelopoulos (NP-4969)
                                            Jennifer Huang (JH-4532)
                                            555 Fifth Avenue, 15th Floor
                                            New York, NY 10017
                                            (212) 922-0450
                                            Attorneys for Defendant
                                            **Cielos del Peru S.A.**