UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RIMAC INTERNACIONAL CIA. DE SEGUROS Y
REASEGUROS, S.A.,
a/s/o Telefonica Moviles S.A.,

        Docket No.: 08 CV 3915 (RWS)

       Plaintiff,

  -against-

EXEL GLOBAL LOGISTICS, INC., CIELOS DEL
PERU S.A., GALAXY AVIATION CARGO INC.,
CHECKMATE PRIORITY EXPRESS, INC., and
CONTINENTAL FREIGHTWAYS, INC. d/b/a
Fineline Trucking,

       **DEFENDANT GALAXY AVIATION CARGO INC.'S CORPORATE DISCLOSURE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

       Defendants.
------------------------------------------------------------------------X

    Defendant **GALAXY AVIATION CARGO INC.** (hereinafter, "Galaxy"), by and through its undersigned attorneys, states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that: Galaxy is a nongovernmental corporate party; there is no parent corporation of Galaxy; and there is no publicly held corporation that owns 10% or more of its stock.

   Dated: New York, New York
          June 30, 2008

                         KAPLAN, von OHLEN & MASSAMILLO, LLC

                     By:        /S/
                          Nicholas E. Pantelopoulos (NP-4969)
                          Jennifer Huang (JH-4532)
                          555 Fifth Avenue, 15th Floor
                          New York, NY 10017
                          (212) 922-0450
                          Attorneys for Defendant
                          *Galaxy Aviation Cargo Inc.*