**DUANE MORRIS LLP**
By:    James W. Carbin, Esq.
          Alissa M. Ryder, Esq.
744 Broad Street
Suite 1200
Newark, New Jersey
973.424.2000
Attorneys for Exel Global Logistics, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIMAC INTERNACIONAL CIA. DE SEGUROS Y REASEGUROS, S.A., a/s/o Telefonica Moviles, S.a.<br><br>                    Plaintiff,<br><br>          vs.<br><br>EXEL GLOBAL LOGISTICS, INC., CIELOS DEL PERU S.A., GALAXY AVIATION CARGO INC., CHECKMATE PRIORITY EXPRESS, INC., and CONTINENTAL FREIGHTWAYS, INC., d/b/a/ Fineline Trucking<br><br>                    Defendants. | CIVIL ACTION NO.<br>08 CIV 3915 (RWS)<br><br>**RULE 7.1 STATEMENT OF EXEL GLOBAL LOGISTICS, INC.** |

Defendant, Exel Global Logistics, Inc. ("Exel"), by and through its attorneys, Duane Morris LLP, pursuant to Fed.R.Civ.P. 7.1, certifies that the following corporate parent owns 10% or more of Exel's stock:

Deutsche Post AG.

Dated: July 1, 2008

        DUANE MORRIS LLP
        A Delaware Limited Liability Partnership

By:  /s/ James W. Carbin
      Alissa M. Ryder (AR 7405)
      James W. Carbin (JC 5004)
      744 Broad Street, Suite 1200
      Newark, New Jersey  07102
      (973) 424-2000
      Attorneys for Defendant,
      EXEL GLOBAL LOGISTICS, INC.