**DUANE MORRIS LLP**
By:   James W. Carbin, Esq.
      Alissa M. Ryder, Esq.
744 Broad Street
Suite 1200
Newark, New Jersey
973.424.2000
Attorneys for Exel Global Logistics, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIMAC INTERNACIONAL CIA. DE SEGUROS Y REASEGUROS, S.A., a/s/o Telefonica Moviles, S.a.<br><br>            Plaintiff,<br><br>      vs.<br><br>EXEL GLOBAL LOGISTICS, INC., CIELOS DEL PERU S.A., GALAXY AVIATION CARGO INC., CHECKMATE PRIORITY EXPRESS, INC., and CONTINENTAL FREIGHTWAYS, INC., d/b/a/ Fineline Trucking<br><br>            Defendants. | CIVIL ACTION NO.<br>08 CIV 3915 (RWS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney is appearing on behalf of Defendant Exel Global Logistics, Inc. in the captioned action.

**PLEASE TAKE FURTHER NOTICE THAT** Duane Morris, LLP, counsel for Exel Global Logistics, Inc. demands that service of all papers in this action be made upon it at the address set forth below:

DM1\1356259.1

        Alissa M. Ryder, Esquire
        Duane Morris, LLP
        744 Broad Street, Suite 1200
        Newark, New Jersey 07102
        Telephone: (973) 424-2000
        Facsimile:  (973) 424-2001
        E-mail: amryder@duanemorris.com

I certify that I am admitted to practice in this Court.

        DUANE MORRIS LLP
        A Delaware Limited Liability Partnership
        Attorneys for Defendant
        EXEL GLOBAL LOGISTICS, INC.


By:   /s/ Alissa M. Ryder
        Alissa M. Ryder, Esq.
        744 Broad Street, Suite 1200
        Newark, New Jersey 07102
        Phone:  973.424.2000
        Facsimile:  973.424.2001

Dated:  July 1, 2008